UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Dkt. 3:22CR00157(KAD) |
| | : | |
| v. | : | October 21, 2022 |
| | : | |
| AXION SPECIALTY CONTRACTING, LLC | : | |

**MEMORANDUM IN AID OF SENTENCING**


**Preliminary Statement**

Axion Specialty Contracting, LLC (hereafter "Axion") respectfully submits this

sentencing memorandum in anticipation of sentencing on November 4, 2022. In sum, Axion's

President, Paul Camara, engaged in improper and illegal conduct. Mr. Camara has

acknowledged his crimes, accepted responsibility for his criminal conduct, and pleaded guilty.

Camara has yet to be sentenced. Owing to the legal doctrine of respondeat superior, the

government is holding Axion responsible for the conduct of Mr. Camara. After extended

discussions and efforts to resolve this matter extending over many, many months, Axion waived

indictment and entered a guilty plea to a single count charging Conspiracy to Restrain Trade, in

violation of 15 U.S.C. § 1. The guilty plea was entered pursuant to a written plea agreement

pursuant to Rule 11(c)(1)(C). The Court has yet to accept Axion's plea. At this juncture, Axion

asks that the Court accept its plea and sentence Axion consistent with the terms of the written

plea agreement pursuant to Rule 11(c)(1)(C).

**Procedural History**

Axion waived indictment and entered a plea before Your Honor pursuant to Rule 11(c)(1)(C) on August 3, 2022. The plea was entered following extended negotiations and was to a single count of violation of Title 15 U.S.C. § 1 (Conspiracy to Restrain Trade). The Probation Office has prepared a thorough Presentence Investigation Report (PSR) that was first disclosed on September 22, 2022. Axion communicated a number of suggestions and corrections with respect to the PSR that were adopted or otherwise addressed by the Probation Office in the second disclosure. That disclosure was made on October 13, 2022. The government has filed no objection to the Final PSR. Similarly, Axion has no further objections important to a sentencing determination, assuming its plea pursuant to FRCP 11(c)(1)(C) is accepted.

**Plea Agreement**

The plea agreement between the parties calls for a fine in the amount of $1,001,989, restitution in the amount of $313,122, special assessment in the amount of $400 and no period of probation. The plea agreement also calls for the government to return $258,617.67 to Axion. The parties believe the foregoing is a reasonable and appropriate sentence, which is sufficient but not greater than necessary to achieve the purposes of sentencing in view of the factors set forth in 18 U.S.C. § 3553(a). Plea Agreement at 2-3.

**The Presentence Investigation Report**

The PSR has determined that the fine guideline range is $1,001,989 to $2,003,978 pursuant to USSG §§8C2.6 and 8C2.7. The PSR further notes that pursuant to 11(c)(1)(C) the government and Axion agree that the appropriate fine is the low end of that range payable from

funds held by the Clerk of Court. *See* PSR ¶¶42-3. The PSR recommends restitution in the sum

of $313,122. PSR ¶44. The PSR also notes the statutory special assessment in the sum of $400.

In the Probation Officers Evaluation, she notes that Axion's plea is a consequence of Paul

Camara's participation in a bid rigging scheme. PSR ¶55. She further notes that:

> It appears that Axion Specialty Contracting has accepted responsibility for the offense in its guilty plea. As part of the binding plea agreement, the corporation agrees that an appropriate sentence in this matter includes a find in the amount of $1,001,989, restitution in the amount of $313,122, a $400 special assessment, all of which will be paid immediately with funds previously seized by the Government, and with no period of probation.

PSR ¶56.

**Discussion**

Given the unique nature of this matter, Axion respectfully asks the Court to accept its

plea and to impose sentence consistent with the binding plea agreement between the parties.

This plea follows extensive negotiations with government authorities. Counsel for Axion

had several meetings with the government -- up and down the Amtrak corridor – in an effort to

negotiate a non-criminal disposition given the unique facts and circumstances of the matter.

Those efforts were unsuccessful and resulted in the negotiated disposition presently under

consideration by the Court.

When endeavoring to resolve this matter, counsel received many letters of support for

Axion. Those letters paint a portrait of an excellent company, an excellent employer, and

excellent union partner, and an excellent corporate citizen. Relevant excerpts are discussed

below.

Francis Boudrow, Business Manager of Mechanicals Local 6, detailed the history of the

formation of Axion (and the anger its formation engendered from Atlantic, the former employer

of Paul Camara and Peter Smedberg).  Mr. Boudrow described watching Axion grow from one union insulator to a contractor employing the greatest number of union labor, over 100 insulators. Mr Budrow seemingly takes pride in sharing that Axion's reputation grew quickly as the preeminent insulation contractor that competed successfully for the largest insulation projects in the region. Mr Budrow described Axion as an "excellent partner" of the union and said that "Axion lived up to or exceeded every commitment verbal or written they ever made."  Finally, Mr Budrow closes by describing Axion as "a great example of a fledgling company growing and becoming a huge success and a leader in their field."  *See* Exhibit A.

Similarly, James Lister, the Business Manager of the Heat & Frost Insulators Local describes the evolution of Axion from a fledgling company to that which it has become today. Mr. Lister observed that Axion was well managed and dedicated to being well run.  He observed men quitting other shops in favor of working for Axion and he comments on the fact that Axion developed a reputation as a great employer.  Mr. Lister writes of observing Axion's business expand quickly owing to its first-rate work and ability to complete jobs "on budget and on time." Mr, Lister observed that Axion:

> "employs over 150 of my members, men and women with families.  They generate over 1 million dollars a month in wages and benefits, always on time. . . . Axion has been a great Union contractor and what the world needs now is more Union contractors.  Union contractors contribute to every workers' health insurance and pension, so someday after a career of working hard to support a family and paying taxes, he or she can retire with dignity and not be forced to live off the system. . . . Should Axion go out of business, it would have a huge impact on all this Union's members and funds, not just people they employ, but our other 400 members."

*See*  Exhibit B.

Fred Dorci, the EVP and COO of E.M. Duggan Inc., a mechanical contractor with whom Axion contracted, writes that Axion has provided E.M. Duggan with "quality workmanship" and "competitive pricing" since its inception.  More particularly, Mr Dorci observes that after years

and years of experience dealing with mechanicals, Axion "is at the top of my list."  Mr. Dorci

goes on to describe the bidding process and that Axion uniformly provided prompt, accurate and

competitive pricing.  Mr. Dorci concludes by describing Axion as a company "we can count on

to provide the quality work at competitive pricing."  He further observes that if Axion was to be

negatively impacted by this matter, that in turn "would negatively impact our Company and

ongoing work.  I sincerely hope this will not be the case."  *See* Exhibit C.

Other examples of letters received in support of Axion can be multiplied and quoted but I

will include just one more in this summary.  This last is from the Business Manager of Local 33.

Don Scoopo writes that "Axion has earned a reputation as a reliable contractor by delivering

quality jobs, done on time and on budget.  Construction managers and mechanical contractors

have trusted Axion to meet their mechanical insulation needs and complete projects.  By being a

reliable contractor, Axion has continued to grow as a company, which leads to more employment

opportunities for my members." Mr. Scoopo further observes:

> Axion Specialty Contracting provides good jobs for my members.  These are jobs that
> offer the ability to live a middle-class lifestyle and support a family.  The impact of
> losing a company like Axion could be devastating, not only for my members and their
> families, but the industry as a whole.  It is not just the wages that they provide.  It is also
> the major contributions made to our benefit funds that offers quality health insurance and
> a pension plan that allows our members to retire with dignity after a long career in
> construction.  Over the years, Axion has contributed hundreds of thousands of work
> hours and millions of dollars in wages and contributions to our health, pension, and
> annuity plans.  They also contribute to our Apprenticeship Training and Education fund
> which provides a quality education in the trade and an entryway to a career . . . .

*See* Exhibit D.

As indicated, other examples of letters of support can be provided but are in a very

similar vein.  In sum, Axion is uniformly recognized as being an excellent insulation contractor,

an excellent employer, an excellent partner to the relevant unions with which Axion works.

In addition to its professional excellence, Axion is also a solid member of the community. I have included Axion's last newsletter as an example of its many contributions. The newsletter recounts Axion hosting a leadership training class for apprentices and journeymen; hosting a lunch for woman insulators in celebration of Women in Construction Week; providing safety tips and highlighting recent accomplishments. *See* Exhibit E. We have also included a flyer announcing a fundraiser sponsored by Axion over the summer; a ride to raise money to support a cure for breast cancer. *See* Exhibit F. Again, many other examples can be multiplied, but these, we hope, will give insight into the fact that Axion is both a caring employer and community citizen.

Shortly after learning of the government's investigation, Axion implemented an antitrust compliance program. Training was provided in-person and was professionally recorded so that the training could be delivered to all new employees and annually. Live training was repeated recently. Other robust compliance measures were put in place, including a channel for anonymous reporting. Axion will be paying a disproportionately large fine and making restitution to those impacted by the criminal conduct at issue. Axion's guilty plea evidences its acceptance of responsibility.

**Conclusion**

For all the reasons discussed herein, we respectfully ask the Court to accept Axion's plea and to sentence Axion consistent with the plea agreement.

Respectfully submitted,

*/s/ James I. Glasser*

James I Glasser (ct07221)
Benjamin Diessel
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Phone: 203.498.4400
Fax: 203.782.2899
jglasser@wiggin.com
bdiessel@wiggin.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 21, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James I. Glasser*

James I. Glasser

EXHIBIT A

# Francis C Boudrow

12 Sky Oaks Drive
Biddeford, ME 04005
fcboudrow@msn.com
781-460-4340

February 1, 2021

James Glasser, Esq.
Wiggin and Dana LP
265 Church St
New Haven, CT 06510

Dear James

My name is Francis C Boudrow and I have been a member of the Heat & Frost Insulators & Asbestos Workers Local 6 for the last 48 years. I worked as an Apprentice my first 4 years and then as a Journeyman Mechanic / Foreman until June of 1988 when I was elected to the full time Union position of Asbestos Coordinator / Business Agent. I held that position until October of 1997 when I was elected Business Manager of Local 6. The Business Manager is the highest full time Position in our Organization. The Business Manager is responsible for representing all of the Union Mechanical Insulators and Asbestos Workers in Massachusetts, Rhode Island, New Hampshire, and Maine in all terms of employment including but not limited to negotiation of Collective Bargaining Agreements, conditions of employment, Grievance Procedures, procurement of work, placement of workers with our Signatory Contractors, and Trustee of our Health & Welfare and Pension Funds. I held this position until July 1st 2018 when I retired.

I have known Peter Smedberg since soon after he became a member of Local 6 in 1988. Peter is an excellent Insulator and rose quickly in the Industry from an Apprentice to Journeyman Mechanic to Foreman in a fairly short period of time, a testament to his abilities. In and around 2003 Peter was offered the position of Outside Superintendent for Atlantic Contracting and Specialty Contractors ( Atlantic) a position he held until October 2012. His responsibilities in this position were the hiring, placement, and firing of all Insulators employed by Atlantic who was one of the

largest Employers in the Mechanical Insulation Industry. I worked very closely with Peter during this period of time supplying our members to Atlantic for employment and dealing with any all all issues surrounding their employment.

My first introduction to Paul Camara was around the year 2000. Paul was employed as an Estimator / Project Manager for Atlantic. Our interactions at this time were sporadic and not related to employment but rather the acquisition of work for Atlantic. In 2003 Paul became Area Manager for Atlantic and my working relationship with him grew due to his new position with Atlantic along with his increased involvement in the Insulation Contractors Association of New England (ICANE). Paul was a dynamic leader at both Atlantic and ICANE. Paul became a Trustee on the Pension and Health & Welfare Funds during this time and we worked together very closely to maintain and enhance the Pension and Health & Welfare benefits of our members. Paul always worked in the best interests of the participants those Funds. Paul also became one of the negotiators for ICANE including their Chair in our Contract negotiations. We were able to negotiate fair contracts for our members and Partner Contractors each time.

In early October 2012 Peter Smedberg and Paul Camara left their employment with Atlantic. They came into my office at 303 Freeport St Boston MA on October 9th or 10th and officially informed me that had left Atlantic and were going open a new Union Insulation Company Axion Specialty Contracting. I told them if they were going to start soliciting work as a Union Company they had to sign the Collective Bargaining Agreement. They said they had every intention to sign the Agreement and abiding by it. They left with the Agreement and returned within a week with it signed along with $25,000 in lieu the bond to use as a guarantee for wages and benefits required in the Agreement. Peter and I went to First Trade Bank in South Boston and deposited the money into a non interest bearing account where it remained for the required 3 years at which point it was returned to Axion.

Peter and Paul leaving Atlantic was a huge issue in the Industry. It was a big loss for Atlantic and I was requested to meet with a couple of members of upper management from Irex ( the holding company who control / own Atlantic). I believe we met on October 12th in Boston. They wanted to know when I became aware of Peter and Pauls intention to leave Atlantic. I assured therm that I had only found out a couple of days earlier and I told them that Peter and I had been on the phone together on Friday October 5th @ 5:00 PM. Peter had called to hire some members for a couple of projects for the following Tuesday as Monday was a Holiday (Columbus Day). There was nothing unusual about or during the call and we joked that we were

probably the only two guys working that late on a Friday evening. It was a perfectly normal call and a testament to Peter's integrity that he worked for Atlantic up till the last minute.

From the time that Peter and Paul signed the Agreement for Axion in October of 2012 till the time I retired in July of 2018 Axion was a great insulation Contractor. They grew from a Contractor with one union Insulator Peter Smedberg to our largest Contractor employing over 100 Insulators. Axions reputation grew as a Contractor who serviced projects of all sizes from one day jobs to completing the largest Insulation Project in the last 15 years the Salem Harbor Power Plant in Salem MA. During this time Axion was an excellent partner with Local 6 and a leader in the Industry. Peter, Paul, and Axion lived up too or exceeded every commitment verbal or written they ever made.

I can speak to my personal and professional experiences and I can state unequivocally that Peter and Paul are hard working, honest, and honorable men and their Company Axion was and is a great example of a fledgling company growing and becoming a huge success and a leader in their field.

If you have any questions or if I can be of assistance in any way please feel to contact me at the address or email listed above.


Sincerely Yours

*Francis C Boudrow*

Francis C Boudrow

Retired Business Manager

Insulators Local 6


Urna Semper

# EXHIBIT B



### International Association of Heat & Frost Insulators
### and Allied Workers Union, Local No. 6
### 303 Freeport Street
### Boston, MA 02122
**Tel: 617-436-4666**
**Fax: 617-265-9887**
www.insulators6.org

| | |
|---|---|
| **James R. Lister** | **Jeffrey W. Saliba** |
| **Business Manager** | **Business Agent** |

February 2, 2021

To Mr. James Glasser, Esq.,

My name is James Lister, I am a 40-year member of the Heat & Frost Insulators Local 6. For the last 2 years, I have held the position of the Business Manager of the Local. The Business Manager is responsible for everything that involves the Union, the members, and the funds. Before that, I was the Business Agent, President, Vice President and Executive Board, all positions I have held in my career. I have always been very involved.

I have known Pete Smedberg for a little more than 10 years. I met Pete on one of the jobs I was on back then, when he was employed by Atlantic Contracting.

I was working for Energy Insulation on the job when Axion began their business at "Liberty Mutual". Right from the start, Axion was set up and managed well. As they began to win work, men were quitting other shops and going to work for them. They treated those who worked for them well. They were getting a reputation among workers as a good shop to work for.

Through the years, their business has grown. They have completed countless contracts, bringing jobs in on budget and on time. Their workforce grew almost overnight, as did the workload. Axion is a well-established company now with

contracts with all the larger Mechanical Contractors, those that build the Mega projects in Boston.

I had my own good gig where I was working, although it was tempting, I did not jump ship. They were doing big projects with plenty of manpower. They looked like a great company to work for, they were making a commitment to the industry.

Two years ago, the previous Business Manager, Fran Boudrow, had retired and I had elevated to the position. Now as the Business Manager, I see the other side of our business. Axion employs over 150 of my members. Men and women with families. They generate over 1 million dollars a month in wages and benefits, always on time. To put any kind of restriction or designation on Axion would be devastating to their ability to win work and continue the role they play in so many lives.

Axion has been a great Union contractor and what the world needs now is more Union contractors. Union contractors contribute to every workers' health insurance and pension, so someday after a career of working hard to support a family and paying taxes, he or she can retire with dignity and not be forced to live off the system. Union contractors should be rewarded for the role they play in our society because it is not just about the profits.

Should Axion go out of business, it would have a huge impact on all this Union's members and funds, not just the people they employ, but our other 400 members.

I write this letter because I do believe in justice and justice would be best served if it is fair. From everything I have read and heard of this case and what I know of Axion, justice is overreaching and could have a devastating effect on a lot of lives. I am always available if I can be of any help.


Sincerely,

*James R. Lister*

James R. Lister
Bustiness Manager

# EXHIBIT C



**E.M. Duggan Inc.**
Mechanical Contractor

BIM
CAD
Energy Services
Fire protection
HVAC
Plumbing
Prefabrication
Special Projects
24/7 Services

February, 5th 2021

James I. Glasser, Esq.
Wiggin and Dana L.L.P
265 Church Street
New Haven, CT. 06510

Re: Axion Specialty Contracting LLC

Dear Mr. Glasser

I am writing this letter in support of Axion Specialty Contracting. Axion has been providing our company with quality workmanship and competitive pricing since their corporate conception.

I have been in the HVAC business since 1982. My current role is Executive Vice President and C.O.O for E.M. Duggan Inc. in Canton, Massachusetts. E.M. Duggan Inc. was established in 1891 and now is a fifth generation family business. Over my career I have held numerus company roles, Estimator, Project Manager, Sales Manager, Vice President and Branch Manager (national mechanical contractor). I have personally awarded hundreds of subcontracts and have witnessed the good and the bad performers.

I truly consider Axion at the top of my list. I personally have known the Owners of the Company for over 20 years and they and their company have played an instrumental roll in our success and consider Axion as a true trade partner.

I can always count on their prompt, accurate and competitive pricing. Axion performs 60-70% of our subcontracted insulation work. I understand there have been allegations of improprieties. Our company core values: Integrity (every employee and sub-contractor), Safety (for all employees and sub-contractors, Quality (installation and material), Communication (company and external), Loyalty (owners, employees and sub-contractors) Generosity (giving back to the city and employees).

We have not witnessed any of the allegations and would not condone such behavior. We qualify each subcontractor and during the bid process we receive multiple bids for insulation and other trades. We (in house) perform our own piping and ductwork take off and have an estimate on the insulation cost prior to receiving any bids. We then measure our internal estimate against the bids received.

In Closing, Axion is a Company that we can count on to provide the quality work at competitive pricing. If Axion were to cease operations it would negatively impact our Company and ongoing work. I sincerely hope that will not be the case.

If I can be of further assistance please do not hesitate to contact me.

Sincerely,

Fredric J Dorci
E.M. Duggan Inc.
E.V.P/COO

EXHIBIT D



# INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ASBESTOS WORKERS

Local No. **33**  City **Wallingford**  State **CT**

Address **616 South Colony Road**  **(203) 265-6376  dscoopo@insulators33.org**

3/1/2021

James I. Glasses, Esq.
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06510

Re: Axion Specialty Contracting LLC

Dear Mr. Glasser,

I am submitting this letter in support of Axion Specialty Contracting. I am the Business Manager for the Heat and Frost Insulators Local #33. We are a Building and Construction Trades Union representing over 125 men and woman in the mechanical insulation industry in Connecticut. I have been a member of Local 33 since 1994. I worked in the field for 23 years as an Insulator Journeyman and served in several roles as a Union Officer. I assumed the leadership position of Business Manager for Local #33 in 2018. I have known Paul Camara and Pete Smedburg for 15 years. I have worked for them when I was in the field and also sat on the Board of Trustees with Paul. Paul Camara was a committed member of the board and his thoughtful opinions and dedication was valued. I now work with Axion in my capacity as head of the Union.

Axion has earned a reputation as a reliable contractor by delivering quality jobs, done on time and on budget. Construction managers and mechanical contractors have trusted Axion to meet their mechanical insulation needs and complete projects. By being a reliable contractor, Axion has continued to grow as a company, which leads to more employment opportunities for my members.

Axion Specialty Contracting provides good jobs for my members. These are jobs that offer the ability to live a middle-class lifestyle and support a family. The impact of losing a company like Axion could be devastating, not only for my members and their families, but the industry as a whole. It is not just the wages that they provide. It is also the major contributions made to our benefit funds that offers quality health insurance and a pension plan that allows our members to retire with dignity after a long career in construction. Over the years, Axion has contributed hundreds of thousands of work hours and millions of dollars in wages and contributions to our health, pension, and annuity plans. They also contribute to our Apprenticeship Training and Education Fund which provides a quality education in the trade and an entryway to a career. Labor and Management work together to advance our mutual interests and to meet the needs of our industry. Axion has been a committed partner in those goals. They have and continue to be a benefit to the men and woman employed in the trade.

We believe that Axion is important to our future success. Companies that understand the value of people and labor and are committed to paying good wages and benefits are important to the State of Connecticut as well. The wages they pay help support the State's tax base and keep the economy moving. These are some of the reasons why Axion Specialty Contracting is a positive for the state of Connecticut.

Thank you for taking the time to hear the concerns of the Heat and Frost Insulators Local 33. Please feel free to reach out to me if you have any questions or concerns regarding this matter.

Best Regards,

Don Scoopo
Business Manager

EXHIBIT E



NEW ENGLAND
AUGUST 2022 / ISSUE 2

# NEWSLETTER
## THE WRAP UP

A newsletter from Axion Specialty Contracting and Energy Insulation Conservation







## LEADERSHIP TRAINING 2021



In 2021, Axion and Energy hosted the first Leadership Training class for apprentices and journeymen. The final day of training was held at Gillette Stadium! We are committed to the success of our employees and look forward to more training classes in the near future.



## WOMEN IN CONSTRUCTION

In March, we hosted a lunch for our women insulators to celebrate Women in Construction week. It was a proud moment to recognize these ladies for all their hard work!



CELEBRATING
**WOMEN**
IN CONSTRUCTION WEEK 2022



## SAVE THE DATE! EMPLOYEE/VENDOR APPRECIATION DAY



### THURSDAY
### OCTOBER 6 2022

FOOD TRUCKS
VENDOR RAFFLE PRIZES
**$25,000 IN CASH PRIZES**



10TH ANNIVERSARY





## LOCAL 6 HOCKEY TEAM

# MODERN ASSISTANCE

Modern Assistance provides a full range of services, for members and dependents, including support for mental health, substance abuse, and work-life balance. They are available 24 hours a day, 7 days a week, 365 days a year.

 (617) 774-0331 • (800) 878-2004

 info@modernassistance.com





# SAFETY FIRST!



In July, we held our Quarterly Foreman Meeting next door at Gillette Stadium! What a great opportunity to have our 50 Foreman get together to discuss safety on the job.

Each Foreman received a backpack for their job sites filled with safety items including lockout kits, first aid kits, gloves, burn gel, emergency eye wash, lens wipes, ear plugs, ice packs and more!



## MEET THE APPRENTICE - TRISTON GREEN

- How long have you worked for Axion?
  - I have worked for Axion for 8 weeks.
- What made you join the local?
  - I joined the local to provide a better life for my family.
- What time would you travel to if you were given a time machine?
  - If I had a time machine I would travel back 2 years to when I was first presented with a opportunity to join the local.
- If you had to eat the same meal for the rest of your life, what would it be?
  - If I had to eat one meal for the rest of my life it would be a rib eye cooked mid rare with a side of Mac and cheese.
- What are some goals for your career?
  - For my career would be to get promoted up as far as I can.



We would like to recognize some of the locals we are currently working with!

- Local #6
- Local #33
- Local #91
- Local #40
- Local #14
- Local #5
- Local #51
- Local #12

# SUPPORT YOUR LOCAL










As part of its January 2017 agreement with the federal government, MIT will build a new headquarters for the U.S. DOT Volpe Center on approximately four acres. The building site is located in the northwest corner of the parcel. The new facility will consolidate operations that are currently carried out in six different buildings on the site.

The design includes robust sustainability and resiliency features, including solar panels on the roof that will supply at least 30 percent of the building's hot water demand, and high-efficiency heating, ventilation, and cooling equipment. The team designed the layout to maximize daylight into the building, and designed fins on the exterior facades to minimize heating and cooling loads.














# PROJECT SPOTLIGHT
# LOWELL HIGH SCHOOL



## BUILDING FOR THE FUTURE

The new school is not only the largest in the city's history, it is also among the largest projects for the Massachusetts School Building Authority. The project encompasses 622,777 square feet, comprising 388,262 square feet of renovated space and 234,515 square feet of new construction, including the gymnasium and Freshman Academy.

The phased occupied addition/renovation of Lowell High School will take place over 6 years in 4 Phases. Phase 1 new gymnasium started in October 2020 and will be completed in August 2022. Phase 2 new Freshman Academy Building, main entrance and cafeteria will be constructed June 2022 through April 2024.

The $343 million project is slated to be fully complete for the 2026-2027 academic year and will serve 3,520 students in grades 9-12.





## AXION CELEBRATES 10 YEARS IN BUSINESS!

Since our start in 2012, Axion has expanded their business into most of the Northeast! We have worked on jobs in Massachusetts, Rhode Island, Connecticut, New Hampshire, Maine, and New York.

### FUN FACTS

- Definition of *AXION* : a hypothetical subatomic particle of low mass and energy that is postulated to exist because of certain properties of the strong force
- How many hours do you think Axion and Energy employees have worked since 2012? We did the math to find out! Over the last 10 years - **2,232,295 HOURS!**

## PAN-MASS CHALLENGE

This year, our very own Paul Camara participated in the Pan-Mass Challenge and rode 190 miles!

The Pan-Mass Challenge is a Massachusetts-based bike-a-thon. Always held the first weekend in August, the PMC raises funds for Dana-Farber Cancer Institute, a world leader in adult and pediatric cancer treatment and research.

100 percent of all rider-raised funds go directly to cancer research and treatment at Dana-Farber and the Jimmy Fund. PMC has raised $51 million year to date with a goal to reach $66 million!

# EXHIBIT F

# JOIN US FRIDAY AUGUST 26 AT 10AM

## Seacoast Harley Davidson

### 17 Lafayette Road, RTE 1 North Hampton, NH



AXION SPECIALTY CONTRACTING
ENERGY INSULATION

2022

RIDE TO A CURE

RIDE - GRAB LUNCH/DRINKS TBD

**$20 PER RIDER CHARITY DONATION FOR THE FIGHT AGAINST BREAST CANCER**



RSVP TO PETE SMEDBERG
psmedberg@axionsc.com • 508-717-2458

