**Exhibit 1**
**Government's Calculation of the Volume of Affected Commerce and Restitution by Project**
**in *United States v. Axion Specialty Contracting LLC* (3:22-CR-157 (KAD))**

| | Project Name | Time Period | Winner | Volume of Commerce Attributable to Axion | Victim | Proposed Restitution Apportionment Pursuant to 18 U.S.C. § 3664(h) |
|---|---|---|---|---|---|---|
| 1 | CCSU Willard and Diloreto Halls (HVAC) | 2016-11 | Langan | | Central Connecticut State University | |
| 2 | CCSU Willard and Diloreto Halls (PLG) | 2016-11 | Langan | | Central Connecticut State University | |
| 3 | Maloney High (PLG) | 2013 | Langan | | City of Meriden | |
| 4 | Stratford High School (PLG) | 2017-04 | Langan | | Town of Stratford | |
| 5 | UConn Engineering and Science Building (PLG) | 2015-08 | Langan | | University of Connecticut | |
| 6 | UConn IPB "Innovation Partnership Building" | 2014-10 | Langan | | University of Connecticut | |
| 7 | Yale Science Center | 2017-06 | Langan | | Yale University | |
| 8 | Yale SCL Teaching Lab | 2014 | Langan | | Yale University | |
| 9 | Bridgeport Hospital EPU ("Emergency Power Unit") | 2016-11 | Axion | $30,300 | Yale New Haven Health System | $1,515 |
| 10 | Central High School (Bridgeport) | 2015-11 | Axion | $1,275,000 | City of Bridgeport | $63,750 |
| 11 | Liuna Training and Education Fund | 2016-05 | Axion | $21,464 | Liuna Training and Education Fund | $1,073 |
| 12 | Stamford Hospital "Fit Out" (Packages 49/51/52) | 2013 | Axion | $866,549 | Stamford Hospital | $43,327 |
| 13 | Stamford Hospital Café | 2016-2 | Axion | $11,796 | Stamford Hospital | $590 |
| 14 | Warren G. Harding High School (Bridgeport) | 2016-08 | Axion | $2,100,000 | City of Bridgeport | $105,000 |
| 15 | West Haven High School | 2018-01 | Axion | $1,837,103 | City of West Haven | $91,855 |
| 16 | Yale KCL ("Kline Chemistry Lab") | 2016-10 | Axion | $27,220 | Yale University | $1,361 |
| 17 | Yale Schwarzman Center Enabling | 2017-08; 2017-12 | Axion | $93,000 | Yale University | $4,650 |
| 18 | PepsiCo (Valhalla NY) | 2017-10 | BC Flynn | | PepsiCo. Inc. | |
| 19 | Pratt Whitney UTRC Building H | 2017 | BC Flynn | | Raytheon Company | |
| 20 | Stamford Hospital 5th Floor Fitout | 2015-11 | BC Flynn | | Stamford Hospital | |
| 21 | Stamford Hospital "Fit Out" (Packages 50/53) | 2013 | BC Flynn | | Stamford Hospital | |
| 22 | Stratford High School (HVAC) | 2017-04 | BC Flynn | | Town of Stratford | |
| 23 | UConn C Building Medical Center | 2016-01 | BC Flynn | | University of Connecticut | |
| 24 | UConn Hartford Downtown Campus | 2016-01 | BC Flynn | | University of Connecticut | |
| 25 | UConn Recreation Center (PLG) | 2017 | BC Flynn | | University of Connecticut | |
| 26 | Vassar Brothers Medical Center - Wetside Pipe/Equipment | 2016 | BC Flynn | | Nuvance Health System | |
| 27 | Weaver High School (Hartford) | 2017-06 | BC Flynn | | City of Hartford | |
| 28 | Yale Baker Hall | 2017-04 | BC Flynn | | Yale University | |
| 29 | Yale Beinecke Library | 2015-01 | BC Flynn | | Yale University | |
| 30 | Yale Hendrie Hall | 2014-11 | BC Flynn | | Yale University | |
| | **Total Value** | | | **$6,262,432** | | **$313,122** |