**Exhibit 2**
**Total Proposed Restitution by Victim**
**in *United States v. Axion Speciality Contracting LLC.* (22-CR-157 (KAD))**

| Victim Name | Restitution |
|---|---|
| 1. City of Bridgeport | $168,750 |
| 2. City of West Haven | $91,855 |
| 3. Liuna Training and Education Fund | $1,073 |
| 4. Stamford Hospital | $43,917 |
| 5. Yale New Haven Health | $1,515 |
| 6. Yale University | $6,011 |
| **Total** | **$313,121** |